LYONS *v.* MERCHANTS NATIONAL BANK.

[No. 13,520. Filed November 12, 1929. Rehearing dismissed March 11, 1930.]

*Meade Vestal* and *Rinier, Golding & Wickliff*, for appellant.

LOCKYEAR, J.—Appellee herein has failed to file any brief, and appellants have petitioned the court for oral argument.

Upon examination of appellant's brief, we find that the only error assigned is that the court erred in overruling appellant's motion for a new trial. Appellant's brief does not contain the motion, nor does it present any other question for our consideration.

The request for oral argument is denied.

Judgment affirmed.